**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MATTHEW BUSH

                        Plaintiff,

v.                                                                  Case No.  8:07-cv-2087-T-24MAP

RAYTHEON COMPANY

                        Defendants.
_____/

## **O R D E R**

This cause comes before the Court on its own.  On January 29, 2008, the Court directed Plaintiff to show cause by a written response filed on or before February 4, 2008 why this case should not be dismissed for lack of prosecution due to the non-filing of a Case Management Report.  (Doc. No. 4.)  The Court warned Plaintiff that "[f]ailure to respond shall result in this action being dismissed without further notice."  To date, Plaintiff has not responded to the Court's show cause order or filed a Case Management Report.  Accordingly, this case is dismissed without prejudice.  The Clerk is directed to terminate all pending motions and to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of February, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge