UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW BUSH,

    Plaintiff,

v.                                           Case No.  8:07-cv-2087-T-24 MAP

RAYTHEON COMPANY,

    Defendant.

_____/

**O R D E R**

This cause comes before the Court on the parties' Stipulation and Joint Motion to Bifurcate. (Doc. No. 9.) The parties request that this Court bifurcate the proceedings, for purposes of both discovery and trial, and determine the dispositive issue of whether Plaintiff timely elected not to be bound by the arbitrator's final award before proceeding to the merits of Plaintiff's claims in this case. The parties also request that this Court stay all discovery, motions, and other proceedings relating to the merits of Plaintiff's claims until a ruling has been made on the timeliness of Plaintiff's election not to be bound by the arbitrator's final award. Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that:

(1)     The parties's Stipulation and Joint Motion for Bifurcate (Doc. No. 9) is **GRANTED**;

(2)     Discovery, motions, and other proceedings related to the merits of Plaintiff's claims are **STAYED** until the issue of whether Plaintiff timely elected not to be bound by the arbitrator's final award is resolved;

(3)     Subsequent to this Order, the Court will enter a Case Management and

Scheduling Order setting forth relevant dates to be followed regarding the issue of whether Plaintiff timely elected not to be bound by the arbitrator's final award. If, after this issue is resolved, it is necessary to proceed to the merits of Plaintiff's claims, the Court will enter a separate Case Management and Scheduling Order.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of March, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record